UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY JO VINTON,

        Plaintiff,        Case No. 1:08cv791

v.        Hon. Robert J. Jonker

TRANSUNION LLC, et al.,

        Defendants.
        /

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on December 16, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 16, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED** without prejudice as a sanction under Rule 16(f) of the Federal Rules of Civil Procedure for plaintiff's failure to appear at the scheduling conference.

        /s/ Robert J. Jonker
        ROBERT J. JONKER
        UNITED STATES DISTRICT JUDGE

Dated: April 15, 2010